UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE J. VIGIL,<br><br>       Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>       Defendant. | No.  2:25-cv-00629-DAD-AC (PS)<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order and preliminary injunction filed by plaintiff Theodore J. Vigil (Doc. No. 3) is hereby referred to United States Magistrate Judge Allison Claire for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:   **February 27, 2025**              /s/ Dale A. Drozd
                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE

1